# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)**

| | | |
|---|---|---|
| ALL SQUARE LOGISTICS, LLC, | ) | **CASE NO. 5:24-CV-01721-JPC** |
| | ) | |
| Plaintiff, | ) | **JUDGE PHILIP J. CALABRESE** |
| | ) | |
| vs. | ) | **MAGISTRATE JUDGE JENNIFER** |
| | ) | **DOWDELL ARMSTONG** |
| JUST FUNKY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF SUNIL CHOPRA IN SUPPORT OF PLAINTIFF'S
REQUEST FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT**

The undersigned, hereby first duly sworn to oath, deposes and says, based upon my knowledge, information, and belief as follows:

1.  I am the Chief Executive Officer at Plaintiff All Square Logistics, LLC ("Plaintiff"). I am over the age of 18 years, and I am competent to testify of my own personal knowledge about the matters contained herein.

2.  Beginning in or around the summer of 2023 and continuing through the summer of 2024, Defendant contracted with Plaintiff to arrange for and manage the importation of Defendant's goods from foreign countries to final destinations within the United States (the "Shipments").

3.  The Shipments were subject to Plaintiff's Combined Transport Bill of Lading (the "BOL"). A true and correct copy of the BOL is attached hereto as Exhibit 1 and is hereby incorporated herein by reference.

4.  The BOL provides that Plaintiff is "entitled to all freight and other charges due [under the BOL]." Ex. 1 - BOL § 24(B).

25238986 v1

5.     The BOL further provides that "[t]he sipper, consignor, consignee, owner, consignee, owner of the Goods and holder of this Bill of Lading shall be jointly and severally liable to [Plaintiff] for the payment of all freight and charges[.]" Ex. 1 - BOL § 24(H).

6.     The Shipments were further subject to Plaintiff's terms and conditions (the "Terms and Conditions") included in Plaintiff's Invoices (defined below) issued to Defendant, which provide, among other things, that Plaintiff "will not be responsible for any storage, demurrage, per diems and chassis charges for containers/shipments."

7.     In addition to freight charges, Plaintiff paid storage charges, customs brokerage charges, customs duties, certain import taxes, drayage and trucking charges, and other accessorial charges to third parties on behalf of Defendant.  Under the Terms and Conditions and the BOL, Defendant is liable to Plaintiff for all such charges.

8.     Plaintiff delivered the Defendant's Shipments to Defendant's requested locations without exception, but Defendant has failed to remit payment to Plaintiff for freight charges and other charges, incurred in connection with the Shipments, which are due and owing pursuant to the BOL and the Terms and Conditions.

9.     Section 23 of the BOL entitles Plaintiff to the recovery of its attorneys' fees incurred in "recovering the sums chargeable to [Defendant] under" the BOL.

10.    Upon delivery of each Shipment, Plaintiff issued invoices to Defendant for each Shipment, which invoices were due upon receipt (the "Invoices").  True and correct copies of the Invoices are attached hereto as Exhibit 2 and are hereby incorporated herein by reference.

11.    On or about September 4, 2024, Plaintiff issued to Defendant a Demand for Immediate Payment (such correspondence, the "Demand Letter"), demanding immediate payment of the Invoices for freight charges and other charges in the amount of not less than $540,338.80.

25238985

A true and correct copy of the Demand Letter is attached hereto as Exhibit 3 and is hereby incorporated herein by reference.

12.     To date, the Invoices have not been paid by Defendant, despite demand.

13.     The total sum of the Invoices due and owing to Plaintiff from Defendant is Five Hundred Thousand Three Hundred Thirty-Eight Dollars and Eighty Cents ($540,338.80).

14.     The Invoices are subject to a 3.5% per month interest charge on all past due amounts.

15.     Accordingly, Plaintiff had been damaged by Defendant in the amount of Five Hundred Thousand Three Hundred Thirty-Eight Dollars and Eighty Cents ($540,338.80), plus contractual interest at the rate of 3.5% per month on all past due amounts, plus attorneys' fees as provided under applicable Bill of Lading, plus post-judgment interest.

Executed on this ___ day of December 2024, at Reno, Nevada.

State of Nevada
County of Washoe

_____
Sunil Chopra

SWORN AND SUBSCRIBED before
me this _10_ day of December 2024.

_____
Notary Public of the State of Nevada

My commission expires: 04-16-2027



DEANNA L CALLAHAN
Notary Public
State of Nevada
Appt. No. 19-2405-2
My Appt. Expires Apr. 16, 2027

DEANNA L CALLAHAN
Notary Public
State of Nevada
Appt. No. 19-2405-2
My Appt. Expires Apr. 16, 2027

25238986 v1